IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ivan Guillermo Palomino Olivera,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>The Seasons Edge Landscaping, Inc. and Michael Ruggiero<br><br>　　　　　Defendants | Case No. 7:23-cv-03646 (NSR)<br><br>**Judgment Pursuant To FRCP 68**<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: _2/13/2025_ |

　　　This matter coming to be heard pursuant to Federal Rule of Civil Procedure 68, Defendants having made an offer of Judgment to Plaintiffs in the amount of $4,500.00 on February 12, 2025; Plaintiff having accepted the offer of Judgment on February 12, 2025 and having served and filed the offer, acceptance, and proof of service of same:

IT IS HEREBY ORDERED:

　　　Judgment is hereby entered in favor of Plaintiff Ivan Guillermo Palomino Olivera, and against Defendants The Seasons Edge Landscaping, Inc. and Michael Ruggiero, jointly and severally, in the amount of $4,500.00. The Clerk of Court is kindly directed to terminate the instant action.

Dated: February 13, 2025
　　　　White Plains, NY

SO ORDERED:

_[signature]_

NELSON S. ROMÁN
United States District Judge